UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAUDE D. PEARSON,

Petitioner,

v.                                          Case No. 8:10-cv-1528-T-17AEP

SECRETARY, DEPARTMENT OF
CORRECTIONS,

Respondent.

---

## ORDER

This cause is before the Court on Pearson's 28 U.S.C. § 2254 petition for writ of habeas corpus. Pearson previously filed a petition for writ of habeas corpus in Case No. 8:98-cv-329-T-17TBM. The Court found that Pearson's 1998 petition was time-barred.

In the present case, Pearson states that in 1986, he was sentenced to 90 years incarceration for kidnaping, and that his conviction and sentence were affirmed on appeal in 1987. The Court assumes that his 1998 petition challenged the same 1986 conviction[1] that he is challenging in the present case because: (1) he was sentenced to 90 years incarceration; and (2) the Florida Department of Corrections database demonstrates that he has been continuously incarcerated on the 1986 conviction since his original receipt into the Florida Prison system. Just as the 1998 petition was time-barred, the present petition is time-barred.

Accordingly, the Court orders:

---

[1] The petition is not electronically available on CM/ECF.

That Pearson's petition is denied. The Clerk is directed to enter judgment against Pearson and to close this case.

## CERTIFICATE OF APPEALABILITY AND
## LEAVE TO APPEAL IN FORMA PAUPERIS DENIED

IT IS FURTHER ORDERED that petitioner is not entitled to a certificate of appealability. A prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition. 28 U.S.C. § 2253(c)(1). Rather, a district court must first issue a certificate of appealability (COA). *Id.* "A [COA] may issue ⋯ only if the applicant has made a substantial showing of the denial of a constitutional right." *Id.* at § 2253(c)(2). To make such a showing, petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Tennard v. Dretke*, 542 U.S. 274, 282 (2004) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)), or that "the issues presented were 'adequate to deserve encouragement to proceed further.' " *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n. 4 (1983)). Petitioner has not made the requisite showing in these circumstances. Finally, because Petitioner is not entitled to a certificate of appealability, he is not entitled to appeal in forma pauperis.

ORDERED at Tampa, Florida, on July 20th, 2010.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Claude D. Pearson